**A CERTIFIED TRUE COPY**

MAY - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1760

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

MAY 22 2007

BY_____
DEPUTY CLERK

### CONDITIONAL TRANSFER ORDER (CTO-31)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 199 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By:_____
Deputy Clerk

# SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## DOCKET NO. 1760
### IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | MDTN # |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 07-621 | Mary Wolf v. Novartis Pharmaceuticals Corp. | 3:07-CV-524 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1 07-612 | Jane Stock, et al. v. Novartis Pharmaceuticals Corp. | 3:07-CV-525 |
| DC 1 07-613 | Bessie Rodriguez, et al. v. Novartis Pharmaceuticals Corp. | 3:07-CV-526 |
| DC 1 07-614 | Nancy Cies, et al. v. Novartis Pharmaceuticals Corp. | 3:07-CV-527 |
| DC 1 07-615 | Irene Cornelison, et al. v. Novartis Pharmaceuticals Corp. | 3:07-CV-528 |
| DC 1 07-616 | Carolyn Lis v. Novartis Pharmaceuticals Corp. | 3:07-CV-529 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-2229 | Constantia Petevi v. Novartis Pharmaceuticals Corp. | 3:07-CV-530 |
| NYS 1 07-2234 | David Ballingall v. Novartis Pharmaceuticals Corp. | 3:07-CV-531 |
| NYS 1 07-2449 | Renee Shostak v. Novartis Pharmaceuticals Corp. | 3:07-CV-532 |
| NYS 1 07-2450 | Reginald Hussey v. Novartis Pharmaceuticals Corp. | 3:07-CV-533 |
| NYS 1 07-2451 | Elwood Petty v. Novartis Pharmaceuticals Corp. | 3:07-CV-534 |
| NYS 1 07-2452 | Deborah Marali v. Novartis Pharmaceuticals Corp. | 3:07-CV-535 |
| NYS 1 07-2453 | Robert McBride v. Novartis Pharmaceuticals Corp. | 3:07-CV-536 |
| NYS 1 07-2454 | David Walker v. Novartis Pharmaceuticals Corp. | 3:07-CV-537 |
| NYS 1 07-2455 | Judy Sanderson v. Novartis Pharmaceuticals Corp. | 3:07-CV-538 |
| **NEW YORK WESTERN** | | |
| NYW 1 07-170 | Madeline Casero v. Novartis Pharmaceuticals Corp. | 3:07-CV-539 |