# United States District Court
# Middle District of Tennessee

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

May 22, 2007

CA07-612 RJL

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
        Conditional Transfer Order 31

Dear Clerk of Court:

   Enclosed please find certified copies of CTO 31 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee.

   The new case numbers are listed on the order.  **Please make reference to the new case numbers in your transmittal letters.**

   At your earliest convenience, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.  If this is not possible, please forward the original contents of the case files and certified copies of the docket sheets via mail.  If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosures